# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Johnson, Kimberly C. Priest | U.S District Court for the Eastern District of Texas | 05/12/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

United States Federal Courthouse
7940 Preston Road
Plano, TX 75024

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | 2016 Bench Bar Planning Committee | Eastern District of Texas Bar Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2016 | SMU Dedman School of Law | $2,000.00 |
| 2. 2016 | Self-employed (attorney) | $213,962.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2016 | Fish & Richardson P.C. (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Fish & Richardson, P.C. 401(k) | personal loan | K |
| 2. | FACTS Management Co. | tuition loan | J |
| 3. | American Bank of Texas, First United Bank | personal loan | K |
| 4. | Northwestern Mutual Life | insurance loan | M |
| 5. | Bank of America | credit card | K |
| 6. | Chase | credit card | K |
| 7. | Citi Master Card | credit card | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | CHASE BANK (VARIOUS ACCOUNTS) | A | Interest | K | T | | | | | |
| 2. | BBVA COMPASS (VARIOUS ACCOUNTS) | A | Interest | K | T | | | | | |
| 3. | RENTAL PROPERTY, TIGERTOWN, TX (1/5 INTEREST) | A | Rent | K | W | | | | | |
| 4. | FISH & RICHARDSON, P.C. (CASH BALANCE) | A | Interest | N | T | | | | | |
| 5. | 401(K) #1 (H) | | | | | | | | | |
| 6. | WELLS FARGO STABLE VALUE | A | Interest | J | T | | | | | |
| 7. | TCW TOTAL RETURN BOND I | A | Dividend | J | T | | | | | |
| 8. | CALAMOS GROWTH & INCOME I | A | Dividend | J | T | | | | | |
| 9. | DODGE & COX STOCK | A | Dividend | J | T | | | | | |
| 10. | MAINSTAY LARGE CAP GROWTH I | A | Dividend | J | T | | | | | |
| 11. | JPMORGAN MID CAP VALUE INSTL | A | Dividend | J | T | | | | | |
| 12. | ARTISAN MID CAP INSTL | A | Dividend | J | T | | | | | |
| 13. | BROWN CAPITAL MGMT SMALL CO INSTL | B | Dividend | J | T | | | | | |
| 14. | ALLIANZ NFJ SMALL CAP VALUE INSTL | A | Dividend | J | T | | | | | |
| 15. | HARBOR INTERNATIONAL INSTITUTIONAL | A | Dividend | J | T | | | | | |
| 16. | ARTISAN INTERNATIONAL INSTL | | None | J | T | | | | | |
| 17. | 401K #2 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WELLS FARGO STABLE VALUE | A | Interest | J | T | | | | | |
| 19. VANGUARD INFLATION-PROTECTED SECS | A | Dividend | J | T | | | | | |
| 20. VANGUARD TOTAL BOND MARKET INDEX ADMIRAL | B | Dividend | J | T | | | | | |
| 21. VANGUARD INSTITUTIONAL INDEX I | A | Dividend | K | T | | | | | |
| 22. VANGUARD MID CAP INDEX ADMIRAL | A | Dividend | K | T | | | | | |
| 23. VANGUARD SMALL CAP INDEX ADMIRAL | A | Dividend | J | T | | | | | |
| 24. VANGUARD TOTAL INTL STOCK INDEX ADMIRAL | A | Dividend | J | T | | | | | |
| 25. 401(K) #3 (H) | | | | | | | | | |
| 26. BNY MEL LD INT STOCK IND R | | None | | | Buy (add'l) | 03/18/16 | J | | |
| 27. | | | | | Buy (add'l) | 06/20/16 | J | | |
| 28. | | | | | Sold | 10/21/16 | M | D | |
| 29. BNY MEL DL SM CAP STOCK IND R | | None | | | Buy (add'l) | 03/18/16 | J | | |
| 30. | | | | | Buy (add'l) | 06/20/16 | J | | |
| 31. | | | | | Sold (part) | 09/20/16 | J | | |
| 32. | | | | | Sold | 10/21/16 | L | D | |
| 33. NUVEEN MID CAP INDEX R3 | | None | | | Sold (part) | 03/18/16 | J | | |
| 34. | | | | | Buy (add'l) | 06/20/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 10/21/16 | L | D | |
| 36. HIMCO VIT INDEX IB (Y) | | | | | | | | | |
| 37. MM S&P 500 INDEX R3 | | None | | | Sold (part) | 03/18/16 | J | | |
| 38. | | | | | Sold | 10/21/16 | M | E | |
| 39. BNY MEL DL AGG BOND INDEX R | | None | | | Buy (add'l) | 09/20/16 | J | | |
| 40. | | | | | Sold | 10/21/16 | L | C | |
| 41. IRA #1 (H) | | | | | | | | | |
| 42. RAYMOND JAMES BANK DEPOSIT PROGRAM | A | Interest | J | T | Open | 10/21/16 | O | | |
| 43. AMG SOUTHERNSUN U.S. EQUITY FUND CLASS I N/L (SSEIX) | | None | K | T | Buy | 10/25/16 | K | | |
| 44. BROWN ADVISORY GROWTH EQUITY FUND INVESTOR SHARES N/L (IAGX) | | None | K | T | Buy | 10/21/16 | K | | |
| 45. EUROPACIFIC GROWTH FUND CLASS F2 - AMERICAN FUNDS N/L (AEPFX) | | None | L | T | Buy | 10/25/16 | L | | |
| 46. JOHN HANCOCK DISCIPLINED VALUE FUND CLASS I N/L (JVLIX) | | None | K | T | Buy | 10/25/16 | K | | |
| 47. JPMORGAN VALUE ADVANTAGE FUND INSTITUTIONAL CLASS N/L (JVAIX) | | None | K | T | Buy | 10/21/16 | K | | |
| 48. LAZARD EMERGING MARKETS EQUITY PORT INSTITUTIONAL SHS N/L (LZEMX) | | None | K | T | Buy | 10/21/16 | K | | |
| 49. CLEARBRIDGE AGGRESSIVE GROWTH FUND CLASS I N/L (SAGYX) | | None | K | T | Buy | 10/25/16 | K | | |
| 50. METROPOLITAN WEST TOTAL RETURN BOND FUND CLASS I N/L (MWTIX) | A | Dividend | K | T | Buy | 10/25/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. VICTORY INTEGRITY SMALL CAP VALUE FUND CLASS Y N/L (VSVIX) | | None | K | T | Buy | 10/21/16 | K | | |
| 52. ISHARES TR CORE US AGGBD ET (AGG) | A | Dividend | K | T | Buy | 10/25/16 | K | | |
| 53. ISHARES TR CORE MSCI EAFE (IEFA) | | None | K | T | Buy | 10/25/16 | K | | |
| 54. VANGUARD INDEX FUNDS S&P 500 ETF SHS NEW (VOO) | | None | L | T | Buy | 10/25/16 | L | | |
| 55. EDUCATION ACCOUNTS (H) | | | | | | | | | |
| 56. MARYLAND COLLEGE INVESTMENT PLAN PORTFOLIO 2021 | | None | J | T | Sold (part) | 09/13/16 | J | | |
| 57. MARYLAND COLLEGE INVESTMENT PLAN PORTFOLIO 2024 | | None | J | T | Sold (part) | 09/13/16 | J | | |
| 58. MARYLAND COLLEGE INVESTMENT PLAN PORTFOLIO 2027 | | None | M | T | Sold (part) | 09/13/16 | J | | |
| 59. BRIGHT START BLENDED AGE BASED 0-6 YEARS PORTFOLIO (Y) | | | | | | | | | |
| 60. BRIGHT START BLENDED AGE BASED 7-9 YEARS PORTFOLIO | | None | J | T | | | | | |
| 61. WHOLE/UNIVERSAL LIFE INSURANCE POLICIES (H) | | | | | | | | | |
| 62. METLIFE FLEXIBLE PREMIUM VARIABLE LIFE | A | Interest | J | T | | | | | |
| 63. NORTHWESTERN MUTUAL LIFE | | None | K | T | | | | | |
| 64. NORTHWESTERN MUTUAL VARIABLE LIFE INVESTMENT POLICY (H) | | | | | | | | | |
| 65. NORTHWESTERN MUTUAL US EQUITY LARGE CAP | A | Dividend | J | T | | | | | |
| 66. NORTHWESTERN MUTUAL US EQUITY MID CAP | A | Dividend | J | T | | | | | |
| 67. NORTHWESTERN MUTUAL US EQUITY SMALL CAP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. NORTHWESTERN MUTUAL INT'L DEVELOPED MKTS | A | Dividend | J | T | | | | | |
| 69. NORTHWESTERN MUTUAL REAL ESTATE SECURITIES | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 26, 29, 33, 37, 39, 56-58, and 60, Columns B(1) and B(2): These holdings report only unit value -- no reportable income.

Part VII, lines 62 and 63: These policies do not have individual underlying investments.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kimberly C. Priest Johnson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544